UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
IN RE EGURIDU REX, *pro se*　　　　　　　　　:
: **ORDER OF DISMISSAL**
: 07-CV- 5080 (DLI) (LB)
:
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

On November 23, 2007, Eguridu Rex filed a *pro se* letter with the court, alleging that he was sexually abused by correctional officers at the Queens Detention Facility on April 17, 2007. By Order dated January 10, 2008, the court gave him thirty days within which to submit a complaint under this docket number that complied with Rule 8 of the Federal Rules of Civil Procedure. The court also enclosed information on filing a civil action. More than 30 days have elapsed and Mr. Rex has not filed a complaint nor paid the filing fee or sought leave of the Court to proceed *in forma pauperis*. Accordingly, the case is dismissed without prejudice. Because Mr. Rex also did not submit a signed Prisoner Authorization form, the Warden at the Metropolitan Detention Center is *not* authorized to make deductions on Mr. Rex's prison trust fund account pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
　　　　February 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　DORA L. IRIZARRY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge